Local Form 440 (12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Alvin Brookins<br>*Plaintiff*<br>v.<br>Scales 925 Atlanta Management, LLC, Scales 925 Atlanta, LLC and Charles Hughes<br>*Defendant* | Civil Action No.<br>1:16-cv-0431 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Scales 925 Atlanta, LLC
c/o Charles Hughes
30 Ivan Allen Jr. Boulevard NW, #125, Fulton, Atlanta, GA, 30308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul J. Sharman
The Sharman Law Firm LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: February 11, 2016



s/Anniva Renick
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)* ___Scales 925 Atlanta, LLC___

was received by me on *(date)* ___2/23/16___.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ___Charles Hughes___, who is designated by law to accept service of process on behalf of *(name of organization)* ___Scales 925 Atlanta, LLC___ on *(date)* ___2/26/16 @ 2036pm___ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: ___2/29/16___

*Server's signature*

___Alterck S. Davenport, GCPS 298___
*Printed name and title*

___235 Peachtree St, NE Unit 400___
___Atlanta, GA 30303___
*Server's address*

Additional information regarding attempted service, etc:

Local Form 440 (12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Alvin Brookins <br> *Plaintiff* <br> v. <br> Scales 925 Atlanta Management, LLC, Scales 925 Atlanta, LLC and Charles Hughes <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. <br> ) 1:16-CV-0431 <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Charles Hughes
30 Ivan Allen Jr. Boulevard NW, #125, Fulton, Atlanta, GA, 30308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul J. Sharman
The Sharman Law Firm LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: February 11, 2016



s/Anniva Renick
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)* __Charles Hughes__
was received by me on *(date)* __2/23/16__.

☒ I personally served the summons on the individual at *(place)* __30 Ivan Allen Jr. Boulevard, NW Atlanta, GA 30308__ on *(date)* __2/26/16 @ 2036 pm__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: __2/29/16__

*Server's signature*

__Alterick S. Davenport, GCPS 298__
*Printed name and title*

__235 Peachtree St. NE Unit 400__
__Atlanta, GA 30303__
*Server's address*

Additional information regarding attempted service, etc:

Local Form 440 (12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| **Alvin Brookins** ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. |
| Scales 925 Atlanta Management, LLC, Scales 925 Atlanta, LLC and Charles Hughes ) | 1:16-cv-0431 |
| *Defendant* ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Scales 925 Atlanta Management, LLC
c/o Charles Hughes
30 Ivan Allen Jr. Boulevard NW, #125, Fulton, Atlanta, GA, 30308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul J. Sharman
The Sharman Law Firm LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: February 11, 2016



s/Anniva Renick
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)* **Scales 925 Atlanta Management, LLC**
was received by me on *(date)* **2/23/16**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Charles Hughes**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Scales 925 Atlanta Management, LLC** on *(date)* **2/26/16 @ 2036pm** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: **2/29/16**

*Server's signature*

**Alterick S. Davenport, GCPS 298**
*Printed name and title*

**235 Peachtree St. NE, Unit 400**
**Atlanta, GA 30303**
*Server's address*

Additional information regarding attempted service, etc: