UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALVIN BROOKINS,<br><br>                    Plaintiff,<br><br>vs.<br><br>SCALES 925 ATLANTA MANAGEMENT LLC, SCALES 925 ATLANTA, LLC and CHARLES HUGHES,<br><br>                    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:16-cv-00431-ODE |

## DEFAULT JUDGMENT

The defendant(s) SCALES 925 ATLANTA MANAGEMENT LLC, SCALES 925 ATLANTA, LLC and CHARLES HUGHES, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Orinda D. Evans, United States District Judge, by order of 11/04/16, having directed that judgment issue in favor of plaintiff and against the defendant(s), it is hereby

ORDERED AND ADJUDGED, that the plaintiff ALVIN BROOKINS, recover from the defendant(s) SCALES 925 ATLANTA MANAGEMENT LLC, SCALES 925 ATLANTA, LLC and CHARLES HUGHES, jointly and severally on all counts, the amount of $8,580.00 and an additional $4,380.00 in attorney's fees and $620.00 in litigation expenses.

Dated at Atlanta, Georgia this 4th day of November, 2016.

JAMES N. HATTEN
CLERK OF COURT

By:    s/Frances K. Pinckney
       Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   November 4, 2016
James N. Hatten
Clerk of Court


By: s/Frances K. Pinckney
       Deputy Clerk